## COURTS INTERROGATORIES TO PLAINTIFF IWANSKI

1. During what period of time were you employed by the Defendant?

   *March 2014 – April 2018*

2. Who was your immediate supervisor?

   *Larry Miles - from Dec. 2014 - Dec. 2017*
   *Mike Ossler - from Dec. 2017 - Present*

3. Did you have a regularly scheduled work period? If so, specify.

   *Monday - Friday 8 am - 5 pm. 40 hours per week.*

4. What was your title or position? Briefly describe your job duties.

   *Inside Parts Sales Representative – My job was to take orders that came in, find the part in one of our two warehouses, and schedule for delivery of that part with one of our shipping vendors.*

5. What was your regular rate of pay?

   *$57,000 / year + Bonus*
   *$27.40 per hour*
   *$41.10 OT Rate*

6. What is the nature of your claim (check all that apply)?

   __X__ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

   __X__ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   __X__ Miscalculation (Defendant failed to correctly calculate your compensation);

   _____ Other (Please describe):

7. Provide an accounting of your claim, including:

   (a) Dates:

   *Beginning June of 2014, three months after I began employment, until April 2018 I have been taking additional calls after work hours. Those dates are as follows, not accounting for coverage for other employees during vacations, etc.*

1

*---2015 Dates*
*5/10 – 5/16*
*5/24 – 5/30*
*6/7 – 6/13*
*6/21 – 6/27*
*7/5 – 7/11*
*9/28 – 10/4*
*10/12 – 1018*
*10/26 – 11/1*
*11/9 – 11/15*
*11/23 – 11/29*

*---2016 Dates*
*1/4 – 1/10*
*1/18 – 1/24*
*2/1 – 2/7*
*2/15 – 2/21*
*2/28 – 3/5*
*3/27 – 4/2*
*4/24 – 4/30*
*5/22 – 5/28*
*6/19 – 6/25*
*7/17 – 7/23*
*8/15 – 8/21*
*9/12 – 9/18*
*10/10 – 10/16*
*11/7 – 11/13*
*12/5 – 12/11*

*---2017 Dates*
*1/8 – 1/14*
*1/29 – 2/4*
*2/19 – 2/25*
*3/5 – 3/11*
*3/26 – 4/1*
*4/16 – 4/22*
*4/30 – 5/6*
*5/21 – 5/27*
*6/4 – 6/10*
*6/25 – 7/1*
*7/16 – 7/22*
*8/6 – 8/12*
*8/27 – 9/2*
*9/17 – 9/23*
*10/9 – 10/15*
*10/23 – 10/29*

*11/6 – 11/12*
*11/20 – 11/26*
*12/4 – 12/10*
*12/18 – 12/24*

*--2018 Dates*
*1/1 – 1/7*
*1/15 – 1/21*
*1/29 – 2/4*
*2/12 – 2/18*
*2/26 – 3/4*
*3/19 – 3/25*

*During these times I have been unable to get a second job or engage in hobbies or enjoyment that I wanted to engage in due to the Defendant requiring a 10-minute turn around on all calls. It necessitated me bringing my laptop, phone, and hotspot with me everywhere I would go and would require me to stop on the side of the road to enter orders and track down parts. I was effectively engaged to wait on a call at all hours, many of which would wake me in my sleep.*

      (b)    Regular hours worked:

*I worked 40 hours a week, Monday through Friday from 9:00 A.M. EST to 5:00 P.M. EST.*

      (c)    Over-time hours worked:

*Calls taken during after-hours period: 102*
*Average length of time to conclude each call: 1 hour, 30 minutes.*
*Total time calculated for all calls not compensated for: 153 hours*

*Additional time per day entering orders May 2015 to Dec. 2017: 1.5 hours*
*Additional time per day entering orders Dec. 2017 to April 2018: .7 hours*
*Number of days performed between May 2015 to Dec. 2017: 908*
*Number of days performed between Dec. 2017 to April 2018: 72*
*Total additional hours: 1,412.40*

*Total week days worked engaged to wait: 255*
*Total weekend days engaged to wait: 102*
*Hours engaged to wait - Weekdays: 637.5*
*Hours engaged to wait – Weekends: 1,326*
*Total hours worked engaged to wait: 1,963.5*

      (d)    Pay received versus pay claimed:

*Pay Received for time worked 2015 - 2018: $195,000.00*
*Pay claimed for additional hours worked at end of shift: $58,049.64 Plus an equal*

3

*amount Liquidated*
   *Pay claimed as owed if only for calls: $6,288.30 Plus an equal amount Liquidated*
   *Pay claimed as owed for engaged to wait time: $80,699.85 Plus an equal amount Liquidated*

      (e)    Total amount claimed:

*$138,749.49 Plus an equal amount Liquidated*

8.    If you have brought this case as a collective action:

      (a)    Describe the class of employees you seek to include in this action.

*Not Applicable*

      (b)    Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

*Not Applicable*

9.    Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

*I have paid to date $600.00 which was for costs and fees. My attorneys have billed the following:*

*Gary Wilson--- Attorney*
*Rate: $375.00*
*Hours: 1.0*

*Paul Sutherland--- Attorney*
*Rate: $225.00*
*Hours: 9.5*

10.    When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

*I made my first complaint roughly around October of 2017. Other employees had made complaints prior to that on behalf of all part-sales representatives.*

11.    Was this complaint written or oral? (If a written complaint, please attach a copy).

*My complaints were originally oral and then later were made in writing via my legal counsel around October of 2017.*

4

12. What was your employer's response? (If a written response, please attach a copy).

*All concerns seemed to be brushed off and not taken seriously until I voiced that I had been consulting with an attorney. At that time, we were being required to sign a new agreement which I understood to change our job description and to allow them to make us work all they wanted without additional pay. When I raised the concern that I had and let them know that we were consulting with an attorney the response suddenly became that Gencor had a ton or a slu of attorneys for this matter in the event that we did not want to sign and agree.*

_____
Rob Iwanski

STATE OF FLORIDA

COUNTY OF Orange

BEFORE ME, the undersigned authority, on this day, personally appeared Plaintiff Name, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct. FL DL I520-778-68-048-0

SWORN TO AND SUBSCRIBED before me on this March 13 day, 2019.

NOTARY PUBLIC

Cheryl Matulewicz

Notary Stamp

Signature of Person Taking Acknowledgment

_Cheryl Matulewicz_

CHERYL MATULEWICZ
Notary Public - State of Florida
Commission # GG 248511
My Comm. Expires Aug 14, 2022
Bonded through National Notary Assn.

Print Name:
Title:
Notary Public Serial No. (if any):
Commission Expires:

5