1/25/18

## JOB DESCRIPTION

JOB TITLE: Parts Sales Representative

DEPARTMENT: Sales

REPORTS TO: Parts Manager

PAY STRUCTURE: Salary

SUMMARY

Provides parts sales and product support for the equipment Gencor manufactures.

ESSENTIAL DUTIES AND RESPONSIBILITIES include the following. Other duties may be assigned.

The Inside Parts Sales Specialist is responsible for selling replacement parts, maintaining positive customer relations, and promoting effective communications.

Typical duties include the following: exchange information with customers on parts prices, specifications and availability; communicate parts shipment delays and changes to parts prices; handle customer complaints; follow-up with customers on promotional mailings, faxes, and recommended spares; close orders; distribute incoming customer requests to appropriate individuals within Gencor, and making sure these requests are handled in a timely manner; consult with customers to determine parts needs and make recommendations for increased parts sales. The Parts Sales Specialist must be willing to work flexible hours, and work from home on a rotating basis to take emergency evening sales calls.
The above mentioned duties all fall under the Employee's salary.

HOURS
Typical hours are   8 AM - 5 PM EST   or   9 AM – 6 PM EST
Employee must be willing to work these hours as requested.

SUPERVISORY RESPONSIBILITIES
None

QUALIFICATIONS
To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform functions.

EDUCATION AND/OR EXPERIENCE

High School Diploma or equivalent.
Minimum 2 years sales or customer service experience with exposure to sales or marketing. Must demonstrate aptitude for telemarketing, have good oral and written communication skills, and be highly organized. Must also be self-motivated.

1/25/18

| | | | | | |
|---|---|---|---|---|---|
| 7 | | | | | |
| 8 | Average SGM at 45 - 49.4% Margin | | | Bonus Pool | |
| 9 | | | | | |
| 0 | $ 10,000,000.00 | $4,500,000.00 | $ - | $ - | $ - |
| 1 | $ 11,000,000.00 | $4,950,000.00 | $ 450,000.00 | $ 25,000.00 | $ - |
| 2 | $ 12,000,000.00 | $5,400,000.00 | $ 900,000.00 | $ 40,000.00 | $ - |
| 3 | $ 13,000,000.00 | $5,800,000.00 | $1,350,000.00 | $ 70,000.00 | $ - |
| 4 | $ 14,000,000.00 | $6,300,000.00 | $1,800,000.00 | $100,000.00 | $ - |
| 5 | | | | | |
| 6 | Average SGM at 49.5% Margin | | | Bonus Pool | |
| 7 | | | | | |
| 8 | $ 10,000,000.00 | $5,000,000.00 | $ - | $ 20,000.00 | $ - |
| 9 | $ 11,000,000.00 | $5,500,000.00 | $ 500,000.00 | $ 35,000.00 | $ - |
| 0 | $ 12,000,000.00 | $6,000,000.00 | $1,000,000.00 | $ 70,000.00 | $ - |
| 1 | $ 13,000,000.00 | $6,500,000.00 | $1,500,000.00 | $120,000.00 | $ - |
| 2 | $ 14,000,000.00 | $7,000,000.00 | $2,000,000.00 | $180,000.00 | $ - |

**Bonus Compensation.**
In addition to salary paid to the Employee, Employer shall pay Employee a Bonus at fiscal year-end in accordance with the criteria set forth below. The bonus pool will be split equally among eligible employees.
1. Employee has a Minimum of 1 year of Employment to be eligible for bonus.
2. The above Bonus levels have been met with satisfaction

Any Employee who has met the above criteria, but is no longer in the employ of Gencor Industries, Shall have the bonus prorated from their last date of Employment, to be paid at fiscal year-end.

By signing below, I hereby acknowledge that I have completely read and fully understand the above job description and bonus structure.

_____          _____
Employee signature                                   3/8/18  Date

_____          _____
Supervisor signature                                 Date

To be eligible for the 2017-2018 bonus pool, this form must be signed and dated no later than 3/16/18.  *I REQUEST THAT GENCOR COMPLY with its OBLIGATIONS UNDER THE FAIR LABOR STANDARDS ACT.*

Iwanski-McGregor-Gencor 47