

❶ Follow up. Start by Sunday, March 10, 2019. Due by Sunday, March 10, 2019.

**Red Category**

| | | |
|---|---|---|
| From: | McGregor, Lisa | Sent: Thu 3/5/2015 8:35 PM |
| To: | Miles, Larry | |
| Cc: | | |
| Subject: | FW: On Call list | |

Message  On Call Updated.xls

Hi Larry,
I was not aware that being on call was part of my job description when hired.

I mentioned call needs to be rotated amongst several plus people.

Please call me Friday.

I would like to discuss this with you.

Also, I am working a constant 10-12 hours per day.
I would like to be paid my full salary negotiated effective the next pay period.
This is more than what we discussed Larry and I believe this is more than fair.

I am working on costing, forecasting, organizing and fixing what needs to be fixed.

I am working this breakdown from last night that I was told was picked up today by Mike Dieli and that the AIR Group
would call the customer to arrange pickup at the airport by 5 pm tonight. No one called the customer. I called Reggie to
get the number for the carrier that arranged delivery, he does not have their number. He tried Mike D., he did not answer.

Lisa McGregor
Direct: 407.990-1053
Office: 407.290.6000 ext. 319

McGregor, Lisa

Iwanski-McGregor-Gencor 38



Fwd: On Call list - Message (HTML)

| File | Message | Adobe PDF |

From: McGregor, Lisa
To: Miles, Larry
Cc:
Subject: Fwd: On Call list

Sent: Mon 3/9/2015 8:44 AM

Message 🔲 On Call Updated.xls (40 KB)  ATT01024.htm (410 B)

Hi Larry
I would like to talk to you about this in person. I have plans Friday evening thru Sunday morning this weekend. I have a weekend with my daughter and Maroon Five concert this Saturday night and won't be available for call.
I have voluntarily helped the times calls came to me. I already am working 12 hour days.
The news came via email from Kimberly with no personal discussion from you.
Larry, I would appreciate direct communication from you. This is something that changes my personal life dramatically. I have college trips scheduled the next weekend and many other events scheduled out in advance. I was given one week notice that I am to rotate call and be available 24/7 hours a day every other week.
Regards
Lisa

Sent from my iPhone

Begin forwarded message:

> From: "Brown, Kimberly" <KBrown@Gencor.com>
> Date: March 5, 2015 at 10:26:33 AM EST
> To: "McGregor, Lisa" <LMcGregor@gencor.com>, "Iwanski, Robert"
> <RIwanski@gencor.com>
> Subject: On Call list
>
> Hi Lisa & Rob,
>
> We have made up a call list to send to our after hours call service that would have you two flip weeks so every other week you are on call. Hope this helps alleviate any unnecessary after hours calls for you from the call service. This list also shows the techs that are on call in case you need to know that. Thanks.

Gencor Main McGregor

1/25/18

| | | | Bonus Pool | | |
|---|---|---|---|---|---|
| **Average SGM at 45 - 49.4% Margin** | | | | | |
| $ | 10,000,000.00 | $4,500,000.00 | $          - | $          - | $   - |
| $ | 11,000,000.00 | $4,950,000.00 | $   450,000.00 | $   25,000.00 | $   - |
| $ | 12,000,000.00 | $5,400,000.00 | $   900,000.00 | $   40,000.00 | $   - |
| $ | 13,000,000.00 | $5,800,000.00 | $1,350,000.00 | $   70,000.00 | $   - |
| $ | 14,000,000.00 | $6,300,000.00 | $1,800,000.00 | $100,000.00 | $   - |
| | | | | | |
| **Average SGM at 49.5% Margin** | | | | Bonus Pool | |
| | | | | | |
| $ | 10,000,000.00 | $5,000,000.00 | $          - | $   20,000.00 | $   - |
| $ | 11,000,000.00 | $5,500,000.00 | $   500,000.00 | $   35,000.00 | $   - |
| $ | 12,000,000.00 | $6,000,000.00 | $1,000,000.00 | $   70,000.00 | $   - |
| $ | 13,000,000.00 | $6,500,000.00 | $1,500,000.00 | $120,000.00 | $   - |
| $ | 14,000,000.00 | $7,000,000.00 | $2,000,000.00 | $180,000.00 | $   - |

**Bonus Compensation.**

In addition to salary paid to the Employee, Employer shall pay Employee a Bonus at fiscal year-end in accordance with the criteria set forth below. The bonus pool will be split equally among eligible employees.

1. Employee has a Minimum of 1 year of Employment to be eligible for bonus.
2. The above Bonus levels have been met with satisfaction

Any Employee who has met the above criteria, but is no longer in the employ of Gencor Industries, Shall have the bonus prorated from their last date of Employment, to be paid at fiscal year-end.

By signing below, I hereby acknowledge that I have completely read and fully understand the above job description and bonus structure.

_Ana M. McGregor_
Employee signature

_3/12/2018_
Date

_____
Supervisor signature

_____
Date

To be eligible for the 2017-2018 bonus pool, this form must be signed and dated no later than 3/16/18

✱ NOTE: I, Lisa M. McGregor would like to have Gencor comply with it's obligations under The Fair Labor Standards Act.

Iwanski-McGregor-Gencor 40

**From:** McGregor, Lisa
**Sent:** Thursday, March 30, 2017 3:47 PM
**To:** Miles, Larry
**Subject:** RE:  Lisa McGregor two year anniversary

HI Larry,

It has been six months since I sent you this.

Rob is off today and tomorrow so it has been difficult to call and talk to you about.

***Thank you***

## Lisa McGregor
Office: 407.290.6000  ext. 319
**Lmcgregor@gencor.com** / **Parts@gencor.com**
**www.gencor.com**

**5201 North Orange Blossom Trail, Orlando FL 32810**

 

**From:** McGregor, Lisa
**Sent:** Wednesday, October 26, 2016 12:53 PM
**To:** Miles, Larry
**Subject:** Lisa McGregor

Hi Larry,

I am following up with you about my raise and discuss your vision about my role in Parts Sales versus Management.
You mentioned over a month ago that you are working on this.
Let me know if you want to discuss in person or over the phone.

I hope to have my final answer within the week.

Thank you

Lisa McGregor

1

Office: 407.290.6000  ext. 319
**Direct: 407.990.1053**
**Lmcgregor@gencor.com** / **Parts@gencor.com**
**www.gencor.com**

5201 North Orange Blossom Trail, Orlando FL 32810


**From:** McGregor, Lisa
**Sent:** Wednesday, September 28, 2016 6:04 PM
**To:** Miles, Larry
**Subject:** Lisa McGregor two year anniversary

Hi Larry,

**For Fiscal Year 2016 the monthly goal is $845,833 or ($10,150,000/year).**
As of today, September 28th – we total $10,625.00 with two more business days to go.

I am writing to discuss my role going forward as we approach my two year mark at Gencor.  As you may recall, when I joined Gencor I took the interim position of a sales representative in the parts department to help manage and meet customer's needs for parts.  There was only Rob Iwanski in parts sales to handle the parts orders.  During those two years, parts sales at Gencor have increased from 2015 to over $10,625.00 and counting this year.  As you know, I have been the top sales representative nearly every month during the entire time that I have proudly represented Gencor.  With two years' experience now at Gencor and seven years in the asphalt parts sales, I understand Gencor better and sales will continue to grow as we become more competitive.  This will come knowing how we compare to the other parts and plant industry leaders.  I can also offer more ways to market and promote parts with my BA Degree in Graphic Design and Marketing background.

We have previously discussed my role in sales verses Parts Management.   I am happy working with my existing and prospective customers  and I still have the daily excitement to meet and exceed sales goals despite the challenges sales often presents.  At the same time, I also believe I could excel in a management role in the parts department (or perhaps a combined management/sales role).

In my original job description dated on November 15, 2015, you state in paragraph seven..."As the lead member of the parts team your role will be to evaluate the current systems, pricing, availability, staffing and marketing of aftermarket parts with the ultimate objective and expanding the parts business for Gencor."  This is what I truly want to build and expand upon.

Regardless of whether I remain in sales or assume a management position, I would like to meet with you to discuss my future role.  When I started at Gencor, I accepted a salary of $85,000, with the expectation that there would be performance-based bonuses and cost of living expense raise to help with insurance increases, etc.  In addition, at that time, there was no discussion of a requirement to provide after-hours and weekend customer service. I worked call every other week, from 5 pm to 8 am seven days a week for over a year and a half.

Nevertheless, I have worked extremely long hours both selling products and providing customer service.  As noted above, parts sales have increased dramatically as a result of my work, contributing growth to Gencor's bottom line and 2016 goals.

Iwanski-McGregor-Gencor 42

It has been two years now and I want consideration for a raise to compensate for annual cost of living expenses and on-call or overtime pay.  At the same time, my share of healthcare costs has increased $1,200.00 annually thereby I make less now than I did my first year.

I believe an increase in compensation is well-warranted.  I would like to see the sales force motivated by meeting and exceeding our monthly goals with annual or monthly performance based incentives. I want to see the sales force challenge to make outgoing calls and follow up on their customer quotes.

Obviously, the amount of the compensation increase would depend on the role you see me playing moving forward.
I would very much appreciate it if we could set a time to meet so I could get your thoughts on these issues.
I know the fiscal year is approaching on October 1st.

I would like to hear your ideas on how to move forward.
Thank you for your time and consideration.

Lisa McGregor
Office: 407.290.6000  ext. 319
**Direct: 407.990.1053**
**Lmcgregor@gencor.com / Parts@gencor.com**
**www.gencor.com**

**5201 North Orange Blossom Trail, Orlando FL 32810**

 

Iwanski-McGregor-Gencor 43





4

Iwanski-McGregor-Gencor 44



Iwanski-McGregor-Gencor 45