**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROB IWANSKI and LISA MCGREGOR,**

        Plaintiffs,

v.	Case No:   6:18-cv-2045-Orl-22EJK

**GENCOR INDUSTRIES, INC.,**

        Defendant.

**ORDER**

This cause is before the Court on Motion for Settlement (Doc. No. 32) filed on April 13, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 2, 2020 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Proposed Settlement with Plaintiff Rob Iwanski (Doc. 32) is hereby **GRANTED**.

3. The Settlement between Plaintiff Rob Iwanski and Defendant Gencor Industries, Inc. is **APPROVED** as a fair and reasonable compromise of a bona fide FLSA dispute.

4.  The claims of Plaintiff Rob Iwanski **only** against Defendant Gencor Industries, Inc.in Count I and Count III of the Second Amended Complaint are **DISMISSED WITH PREJUDICE**.[1]

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The claims of Plaintiff Lisa McGregor remain pending.